# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2013

*The Court of Appeals hereby passes the following order:*

## A14D0147. CEDRIC D. ARRINGTON v. THE STATE.

Cedric Arrington, who is proceeding pro se, filed this discretionary application seeking review of the trial court's denial of his motion for an out-of-time appeal. The order was entered on September 6, 2013, but Arrington did not file a proper application for discretionary appeal until November 25, 2013.[1] The denial of a motion for an out-of-time appeal is directly appealable, *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999), and when a party applies for discretionary review of a directly appealable order, this Court will ordinarily grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because Arrington filed his application for discretionary appeal 80 days after entry of the order he seeks to challenge, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Arrington attempted to file his application for discretionary appeal earlier, but his application was not accepted for filing at that time because it did not include a stamped, "filed" copy of the trial court's order as required by Court of Appeals Rules 30 (b) and 31 (e).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 12/10/2013
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*